UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 2 1 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KIA JOHNSON,<br><br>Defendant. | Criminal No.  3:20 cr 37<br><br>Violations:  18 U.S.C. § 2<br>21 U.S.C. § 843(b)<br>21 U.S.C. § 843(d) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Aiding and Abetting Unlawful Use of Communication Facility)

On or about September 13, 2019, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, defendant **KIA JOHNSON**, aided and abetted by Shaquan Omar Richardson, a/k/a Wave, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), that is the defendant used a telephone to conspire to commit a felony drug offense, Conspiracy to Possess with Intent to Distribute and to Distribute a Mixture and Substance Containing Phencyclidine ("PCP"); in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 843(b) and 843(d).

*/s/ W J Powell*

WILLIAM J. POWELL
United States Attorney

Lara Omps-Botteicher
Assistant United States Attorney